AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT

for the

District of Vermont

2021 MAR 25  AM 11: 46

| | | |
|---|---|---|
| United States of America | ) | BY_____ |
| v. | ) | DEPUTY CLERK |
| | ) | Case No. |
| JACK M. COHEN | ) | 2:21-mj-30-1 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____3/24/21_____ in the county of _____Essex_____ in the
_____ District of _____Vermont_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 952 and 18 U.S.C. § 2 | Knowingly and intentionally imported marijuana, a Schedule I controlled substance, into the United States from Canada. |
| 21 U.S.C. §§ 841(a) and 841(b)(1) (C) | Knowingly and intentionally possessing 50 kilograms or more of marijuana, a Schedule I controlled substance, with intent to distribute it. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James Loomis, Border Patrol Agent (Intel), USBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____03/25/2021_____

_____
*Judge's signature*

City and state: _____Burlington, Vermont_____

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*